

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,223-01

### EX PARTE SHWANNIA RENA SEARCY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W15-45661-Y(A) IN THE CRIMINAL DISTRICT COURT NO. 7 FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of drug possession and sentenced to three years' imprisonment.

According to habeas counsel, Applicant was on parole and was arrested on a parole-violation warrant on December 17, 2018. Habeas counsel states, "[Applicant] has repeatedly requested her Parole Revocation Hearing. She has repeatedly been denied her right to a Parole Revocation Hearing."

Applicant is entitled to due process in parole revocation. *Morrissey v. Brewer*, 408 U.S. 471 (1972); *Ex parte Taylor*, 957 S.W.2d 43 (Tex. Crim. App. 1997). Applicant has alleged facts that, if true, might entitle her to relief. In these circumstances, additional facts are needed. As we held in *Ex parte Rodriguez*, 334 S.W.2d 294, 294 (Tex. Crim. App. 1960), the trial court is the appropriate forum for findings of fact. The trial court shall order the Texas Department of Criminal Justice's Office of the General Counsel to file an affidavit addressing the issue of whether the Parole Board is timely providing Applicant with a final parole revocation hearing. The trial court shall make findings of fact and conclusions of law as to Applicant's claim, and the trial court may make any other findings of fact and conclusions of law that it deems relevant.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 45 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: September 11, 2019
Do not publish